# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| **PCCP CONSTRUCTORS, JOINT VENTURE,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00624-PSH |
| ) | |
| **UNITED STATES OF AMERICA,** ) | Judge Philip S. Hadji |
| ) | |
| *Defendant*. ) | |

## NOTICE OF DIRECTLY RELATED CASES

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff PCCP Constructors, Joint Venture ("PCCP JV"), by and through its undersigned counsel, respectfully submits this Notice of Directly Related Cases. As discussed below, the following cases are directly related to the above-captioned case:

- *PCCP Constructors, Joint Venture v. U.S.*, Case No. pending, unassigned filed April 23, 2024

- *PCCP Constructors, Joint Venture v. U.S.*, Case No. pending, unassigned filed April 23, 2024

- *PCCP Constructors, Joint Venture v. U.S.*, Case No. pending, unassigned filed April 23, 2024

- *PCCP Constructors, Joint Venture v. U.S.*, Case No. pending, unassigned filed April 23, 2024

These cases are directly related to the above-captioned case because they all arise under the same contractual work that Plaintiff performed for Defendant under Contract No. W912P8-12-C-0049 (the "Contract"), Permanent Canal Closures and Pumps, issued by the U.S. Army Corps of Engineers ("USACE"). All the cases challenge the Contracting Officer's final decisions ("COFDs") pursuant to the Contract Disputes Act, 41 U.S.C. § 7101 *et seq.* that Plaintiff's work to install pumping stations, gated structures, and associated support facilities constitute design

deficiencies and latent defects. Accordingly, the cases listed above are directly related to the above-captioned case pursuant to RCFC 40.2(a)(2).

The directly related cases have all been filed, but not assigned to a judge. The above captioned case is the only one that has been assigned to a judge — Judge Hadji. Plaintiff asserts that assigning the above-captioned case and the directly related cases to the same judge would conserve judicial resources and promote the efficient administration of justice.

Dated: April 23, 2024

Respectfully submitted,

Grant H. Willis (counsel of record)
Ryan P. McGovern
Robyn B. Celestino
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: 202-879-3487
Facsimile: 202-626-1700
ghwillis@jonesday.com

Peter Laun
Tatum Lowe
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
Telephone: 214-969-4818
Facsimile: 214-969-5100

*Counsel for Plaintiff PCCP Constructors, Joint Venture*