# In the United States Court of Federal Claims

| | |
|---|---|
| PCCP CONSTRUCTORS, JOINT VENTURE,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Nos. 24-624, 24-646, 24-647, 24-648<br>(Filed: May 5, 2025) |

**ORDER**

On May 2, 2025, the deadline for their Joint Preliminary Status Report (JPSR), the parties filed a Joint Motion for an Extension of Time to File the JPSR in these four related cases (Case Nos. 24-624, 24-646, 24-647, and 24-648). ECF 21. Citing turnover in the Department of Justice, the parties request a 31-day extension of time up to and including June 2, 2025, to file their JPSR.

As the Court previously explained in its order dated September 26, 2024, denying the parties' motion to stay these cases pending completion of agreed-upon remediation work:

> The Court's limited resources are for resolving disputes between parties, not for preserving claims that the parties represent they have resolved.… if the parties do not wish to incorporate their settlement agreement through contract modification or otherwise dismiss the actions they maintain are resolved, the parties may proceed with litigation.

ECF 13 at 2. On December 13, 2024, the parties reported that "they do not intend to pursue litigation in any of the [four] cases." ECF 14 at 2; *see also* ECF 14 at 2 n.1.

To promote the efficient resolution of this matter, the Court will hold a combined status conference for cases 24-624, 24-646, 24-647, and 24-648 on **Wednesday, May 7, 2025, at 10:00 Eastern Time.** Although the Government's new lead counsel has not yet been assigned, such date should provide sufficient time for the Government to assign the matter. In making such assignment, the Government should anticipate a very short period of discovery with a trial date this calendar year. Regarding the status conference, the parties should come prepared to discuss a schedule for further proceedings. The Court will contact the parties via email with details on how to access the call.

**IT IS SO ORDERED.**

                                               /s/ Philip S. Hadji
                                              PHILIP S. HADJI
                                              Judge