## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PCCP CONSTRUCTORS, JOINT VENTURE,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>        Defendant. | No. 24-624 (Judge Hadji) |

### **JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, Plaintiff, PCCP Constructors, Joint Venture and Defendant, the United States, hereby stipulate to the voluntary dismissal of this action with prejudice, including all claims and counterclaims. Each party shall bear its own costs, attorney's fees, and expenses.

Dated:  May 23, 2025

| | |
|---|---|
| Respectfully submitted,<br>s/Grant H. Willis<br>Grant H. Willis<br>Ryan P. McGovern<br>Robyn B. Celestino<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Telephone: 202-879-3847<br>Facsimile: 202-626-1700<br>ghwillis@jonesday.com<br><br>Peter Laun<br>Tatum Lowe<br>JONES DAY<br>2727 N. Harwood St.<br>Dallas, TX 75201<br>Tel: (214) 969-4808<br>Facsimile: (214) 969-5100<br><br>*Counsel for Plaintiff PCCP Joint Venture, LLC* | BRENNA E. JENNY<br>Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/Martin F. Hockey, Jr.<br>MARTIN F. HOCKEY, JR.<br>Deputy Director<br><br>s/Joshua W. Moore<br>JOSHUA W. MOORE<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel:     (202) 305-2312<br>Email:  joshua.w.moore@usdoj.gov<br><br>JUDITH E. ALMERICO<br>Assistant District Counsel<br><br>WILLIAM G. MEINERS<br>Attorney-Advisor<br>U.S. Army Corps of Engineers<br>New Orleans District<br><br>Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of May, 2025, a copy of the foregoing document was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/Grant H. Willis
Grant H. Willis
